United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 98-1526 September Term, 1999

Allied Local and Regional Manufacturers Caucus, et al.,
 Petitioners
 
v.

U.S. Environmental Protection Agency,
 Respondent
 
National Paint & Coatings Association, et al.,
 Intervenors
 

Consolidated with 98-1527

 
 On Petitions for Review of Orders of the
 Environmental Protection Agency
 
 
 

 Before: Ginsburg, Tatel and Garland, Circuit Judges.

 O R D E R

 It is ORDERED by the Court that the opinion filed on June 16, 2000 be amended by
deleting ", i.e., to facilities constructed in nonattainment areas" from footnote 7 on page 21.

FOR THE COURT:
Mark J. Langer, Clerk
 Filed On: July 24, 2000